**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COLE J. KAZICKAS,                 :   No. 129 MAL 2020

                    Petitioner         :

                             :   Petition for Allowance of Appeal
                             :   from the Order of the
            v.                   :   Commonwealth Court

PENNSYLVANIA BOARD OF PROBATION   :
AND PAROLE,                     :

                    Respondent       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.